ACCEPTED
01-15-00597-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 11:25:43 PM
CHRISTOPHER PRINE
CLERK

**01-15-00597-CV**

**IN THE COURT OF APPEALS**
**FOR THE FIRST COURT OF APPEALS DISTRICT**
**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 11:25:43 PM
CHRISTOPHER A. PRINE
Clerk

**LEVENT ULUSAL,**
**Appellant,**
**V.**
**LENTZ ENGINEERING, L C**
**Appellee.**

**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

**Daniel Kistler**
**Daniel Kistler, Attorney at Law**
**Office Address:**
**17041 El Camino Real**
**Ste. 204**
**Houston, Texas  77058**
**Mailing Address:**
**2617C West Holcombe**
**No. 421**
**Houston, Texas  77025**
**Telephone:  (713) 855-0827**
**Facsimile:   (866) 352-5124**
**kistlerattorney@comcast.net**

**ATTORNEY FOR APPELLANT**

**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Comes now, Ulusal Levent, Appellant herein, and files this his first Motion for Extension of Time to File Reply Brief, and in support would show the following:

1.      Appellee Lentz Construction, L.C. filed its Brief on November 12, 2015.  Pursuant to Rule 38.6(c), Tex. R. App. P., the deadline for filing Appellant's Reply Brief is December 2, 2015.

2.      Appellant seeks an additional fourteen (14) days, or until December 16, 2015, in which to file its Reply Brief.

3.      Appellant's counsel has been delayed in the preparation and finalization of this brief due to trial commitments in Cause No. 2014-43377; Christopher Stanzel, et al, v. John Hinkle, pending in the 190th Judicial District Court of Harris County, Texas, which is presently set for trial on December 7, 2015; Cause No. 2014-15521; Harris County, et al v. L V Thompson, 55th Judicial District Court of Harris County, Texas, which is presently set for trial on December 9, 2015, and Cause No. 2014-39578; Harris County, et al v. Ramona Jones, et al; which was set for trial on December 1, 2015, and not continued from that setting until the trial date.

4.      Appellant's counsel believed that he would be able to complete this Reply Brief, despite the time required for trial preparations in the cases

1

cited above, other matters which required his attention during the last 20 days, and the Thanksgiving Holiday. However, it has become apparent that Appellant will require additional time in which to complete his Brief. Appellant reasonably requires an additional fourteen (14) days in which to complete and file his Brief.

5.     This is the first motion for an extension of time to file Appellant's Reply Brief.

## CERTIFICATE OF CONFERENCE

6.     Due to the late hour in filing this Motion, Appellant' counsel is not able to contact counsel for the Appellee, Lentz Engineering, L.C. Appellant's counsel shall apprise the court as soon as possible on whether Appellee has any objection to the relief requested.

Wherefore, premises considered, Appellant Levant Ulusal hereby requests that the court grant a fourteen (14) day extension of time for Appellant to file his Reply Brief, and for all other and further relief, at law and in equity, to which Appellant may be justly entitled.

Respectfully submitted,

**/s/Daniel Kistler**
**Daniel Kistler, Attorney at Law**
**Office Address:**
**17041 El Camino Real**
**Ste. 204**

2

Houston, Texas  77058
Mailing Address:
2617C West Holcombe
No. 421
Houston, Texas  77025
Telephone:  (713) 855-0827
Facsimile:  (866) 352-5124
kistlerattorney@comcast.net

**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

On this 2nd day of December, 2015, a true and correct copy of the foregoing Motion for Extension of Time to File Reply Brief of Appellant Levant Ulusal was served on all counsel of record and pro se parties by certified mail, return receipt requested, facsimile transmission, electronic transmission and/or hand delivery.

Timothy R. Ploch          via facsimile: (713) 862-7575 and
Linda M. Talbot           email:  lawplochstaff@flash.net
Timothy R. Ploch, P.C.
730 N. Post Oak Rd., Ste 100
Houston, Texas  77024

Keith Livesay
Livesay Law Office
Brazos Suites No. 9
McAllen, TX.  78504
Via email to:  RGVAppellateLaw@yandex.com


**/s/ Daniel Kistler**

3